UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

        Plaintiff,

        v.

MEDAN PESAR LLC d/b/a VINTAGE CAFE and
102 EAST 7TH ST. LLC,

        Defendants.

**ORDER**

22 Civ. 4093 (ER)

Ramos, D.J.:

    Josef Volman filed suit against Medan Pesar LLC and 102 East 7th Street LLC on May 19, 2022. Medan Pesar answered on July 11, 2022. To date, 102 East 7th has not appeared.

    Accordingly, Volman is directed to provide an update with respect to the status of 102 East 7th by Friday, July 15, 2022.

It is SO ORDERED.

Dated:   July 13, 2022
            New York, New York

                                              Edgardo Ramos, U.S.D.J.